# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH LYNN CLARK, [DOB: 10/27/1958]<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-3002-MJ-WJE<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/18/2020 - 12/22/20__ in the county of __Boone__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(1)<br>NLT 15 - NMT 40 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 - Not more than Life Years Supervised Release<br>Class C Felony | On or between September 18, 2020 and December 22, 2020, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, JOSEPH LYNN CLARK, knowing he has a prior conviction for possession of child pornography, knowingly transported any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contained materials that had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1). |

This criminal complaint is based on these facts:

See affidavit of Boone County Detective Tracy Perkins attached hereto and made a part hereof for all purposes.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Boone County Detective Tracy Perkins
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☐ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: __01/26/2021__

_____
*Judge's signature*

Western District of Missouri

Willie J. Epps, Jr., United States Magistrate Judge
*Printed name and title*